# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00578-GCM

| | |
|---|---|
| BEVERLY A. MCCLEE, | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| NANCY A. BERRYHILL, | ) |
| Defendants. | ) |

**THIS MATTER COMES** before this Court on Defendant Nancy A. Berryhill's Motion for Remand pursuant to sentence four of 42 U.S.C. § 405(g). Defendant moves the Court to enter a judgment reversing her decision with a remand of the case for further administrative proceedings. Plaintiff's counsel has indicated that he does not oppose the Defendant's Motion for Remand. Defendant agrees to review and process this case pursuant to the *Hyatt v. Shalala*, Stipulation and Order of Settlement (W.D.N.C. No. C-C-83-655-MU, March 21, 1994).

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Signed: November 2, 2018

Graham C. Mullen
United States District Judge

1